| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | ERIC MECKLEY, State Bar No. 168181 |
| 2 | One Market, Spear Street Tower |
| | San Francisco, CA  94105-1126 |
| 3 | Tel:  415.442.1000 |
| | Fax:  415.442.1001 |
| 4 | E-mail:emeckley@morganlewis.com |
| 5 | Attorneys for Defendants |
| | The Pep Boys Manny Moe & Jack of California; and |
| 6 | The Pep Boys – Manny, Moe & Jack |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Art Navarro, individually and on behalf of all others similarly situated, | Case No. C 07-2633 (EMC) |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| vs. | |
| The Pep Boys Manny Moe & Jack of California, a California Corporation, The Pep Boys – Manny, Moe & Jack, a Pennsylvania Corporation, and DOES 1-25 inclusive, | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7561334.1

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
C 07-2633 (EMC)

1  WHEREFORE, pursuant to United States District Court for the Northern District of
2  California Civil Local Rule 6-1(a), Plaintiff Art Navarro ("Plaintiff") and Defendants The Pep
3  Boys Manny Moe & Jack of California, and The Pep Boys – Manny, Moe & Jack ("Defendants"),
4  by and through their respective counsel, hereby stipulate to extend the time within which
5  Defendants may respond to Plaintiff's Complaint, such that the last day for Defendants to respond
6  will be July 13, 2007.

7  Dated: June 11, 2007                MORGAN, LEWIS & BOCKIUS LLP

9                                      By _____
10                                        Eric Meckley
                                          Attorneys for Defendants
                                          The Pep Boys Manny Moe & Jack of
11                                        California; and The Pep Boys – Manny,
                                          Moe & Jack

13  Dated: June 11, 2007               BAILEY PINNEY PC

15                                      By _____
16                                        Shelby L. Clark
                                          Attorneys for Plaintiff
                                          Art Navarro

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7561334.1                          1                       STIPULATION TO EXTEND TIME TO
                                                                RESPOND TO COMPLAINT
                                                                C 07-2633 (EMC)

TOTAL P.004