```
MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY, State Bar No. 168181
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: emeckley@morganlewis.com

Attorneys for Defendants
The Pep Boys Manny Moe & Jack of California; and
The Pep Boys – Manny, Moe & Jack
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Art Navarro, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> The Pep Boys Manny Moe & Jack of California, a California Corporation, The Pep Boys – Manny, Moe & Jack, a Pennsylvania Corporation, and DOES 1-25 inclusive, <br><br> Defendants. | Case No. C 07-2633 (EMC) <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** <br> ORDER |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7561334.1

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
C 07-2633 (EMC)

1  WHEREFORE, pursuant to United States District Court for the Northern District of
California Civil Local Rule 6-1(a), Plaintiff Art Navarro ("Plaintiff") and Defendants The Pep
Boys Manny Moe & Jack of California, and The Pep Boys – Manny, Moe & Jack ("Defendants"),
by and through their respective counsel, hereby stipulate to extend the time within which
Defendants may respond to Plaintiff's Complaint, such that the last day for Defendants to respond
will be July 13, 2007.

Dated: June 11, 2007                MORGAN, LEWIS & BOCKIUS LLP

                                    By _____
                                    Eric Meckley
                                    Attorneys for Defendants
                                    The Pep Boys Manny Moe & Jack of
                                    California; and The Pep Boys – Manny,
                                    Moe & Jack

Dated: June 11, 2007                BAILEY PINNEY PC

                                    By _____
                                    Shelby L. Clark
                                    Attorneys for Plaintiff
                                    Art Navarro

IT IS SO ORDERED:

Edward M. Chen
U.S. Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7561334.1            1            STIPULATION TO EXTEND TIME TO
                                       RESPOND TO COMPLAINT
                                       C 07-2633 (EMC)

TOTAL P.004