**BAILEY PINNEY, PC**
**A.E. BUD BAILEY**, Pro Hac Vice, OSB No. 87157, WSB No. 33917
**J. DANA PINNEY**, Pro Hac Vice, OSB No. 75308, WSB No. 33919
**SHELBY L. CLARK**, Cal.Bar No. 203606, OSB No. 06049
**JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551
Fax: (360) 567-3331
Bbailey@wagelawyer.com
JDPinney@wagelawyer.com
Sclark@wagelawyer.com
JMata@wagelawyer.com

**BONNIE MAC FARLANE**, Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528
Fax: (800) 230-5866
E-Mail: BMacFarlane@wagelawyer.com

Attorneys for Plaintiffs Art Navarro

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Art Navarro, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>The Pep Boys Manny Moe & Jack of California, The Pep Boys -- Manny, Moe & Jack,<br><br>Defendants. | Case No. C 07-2633 EMC<br><br>**PLAINTIFFS NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs hereby notify Defendant and the Court that Jose R. Mata of the law firm of Bailey Pinney, PC is added as an attorney of record in the above entitled case.

Plaintiffs request that Jose R. Mata be added to the docket and e-mail notifications.

Dated: May 31, 2007

By ___/s/_____
Jose R. Mata
Attorneys for Plaintiffs