1  MORGAN, LEWIS & BOCKIUS LLP
   ERIC MECKLEY, State Bar No. 168181
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
3  Tel: 415.442.1000
   Fax: 415.442.1001
4  E-mail:emeckley@morganlewis.com

5  Attorneys for Defendants
   The Pep Boys Manny Moe & Jack of California; and
6  The Pep Boys – Manny, Moe & Jack

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  Art Navarro, individually and on behalf of all others similarly situated,<br><br>13<br>              Plaintiffs,<br>14<br>       vs.<br>15<br>The Pep Boys Manny Moe & Jack of<br>16  California, a California Corporation, The Pep Boys – Manny, Moe & Jack, a<br>17  Pennsylvania Corporation, and DOES 1-25 inclusive,<br>18<br>              Defendants.<br>19 | Case No. C 07-2633 (EMC)<br><br>**DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO DISTRICT COURT JUDGE** |

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7561384.1

DECLINATION TO PROCEED BEFORE
MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT C 07-2633 (EMC)

WHEREFORE, Defendants The Pep Boys Manny Moe & Jack of California, and The Pep Boys – Manny, Moe & Jack ("Defendants") hereby respectfully decline to consent to the assignment of this case to a Unites States Magistrate Judge for trial or disposition and request that the case be reassigned to a District Court Judge.

Dated: June 15, 2007

MORGAN, LEWIS & BOCKIUS LLP

By _____
Eric Meckley
Attorneys for Defendants
The Pep Boys Manny Moe & Jack of California; and The Pep Boys – Manny, Moe & Jack

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7561384.1

1

DECLINATION TO PROCEED BEFORE
MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT C 07-2633 (EMC)