**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                         General Court Number
Clerk                                                                                              415.522.2000

### June 21, 2007

**CASE NUMBER:  CV 07-02633 EMC**
**CASE TITLE:  ART NAVARRO-v-THE PEP BOYS**

<u>REASSIGNMENT ORDER</u>

        GOOD CAUSE APPEARING THEREFOR,

        IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

        Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


        ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/21/07

                                                                                      FOR THE EXECUTIVE COMMITTEE:

                                                                                      _____/s/ Richard W. Wieking_____
                                                                                                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                  Entered in Computer 06/21/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA