# EXHIBIT A



Governor
Arnold
Schwarzenegger

Secretary
Victoria L. Bradshaw

Agricultural
Labor
Relations
Board

California
Unemployment
Insurance
Appeals
Board

California
Workforce
Investment
Board

Department of
Industrial
Relations

Economic
Strategy
Panel

Employment
Development
Department

Employment
Training
Panel

# Labor & Workforce Development Agency

June 7, 2007

Bonnie Mac Farlane
Bailey Pinney P.C., Attorneys at Law
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683

The Pep Boys Manny Moe & Jack of California
Mitchell Leibovitz, President
3111 West Allegheny Ave.
Philadelphia, PA 19132

Re:  LWDA No: 2261
     Employer:  The Pep Boys
     Employee:  Art Navarro

Dear Employer and Representative of the Employee:

This is to inform you that the Labor and Workforce Development Agency (LWDA) received your notice of alleged Labor Code violations pursuant to Labor Code Section 2699, postmarked May 11, 2007 and after review, does not intend to investigate the allegations.

As a reminder to you, the provisions of Labor Code Section 2699(i) provides that "…civil penalties recovered by aggrieved employees shall be distributed as follows: 75 percent to the LWDA for enforcement of labor laws and education of employers and employees about their rights and responsibilities under this code". Labor Code Section 2699(l) specifies "[T]he superior court shall review and approve any penalties sought as part of a proposed settlement agreement pursuant to this part".

Consequently you must advise us of the results of the litigation, and forward a copy of the court judgment or the court-approved settlement agreement.

Sincerely,

*Doug Hoffner*

Doug Hoffner
Undersecretary