IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ART NAVARRO,                           No. C 07-02633SI

        Plaintiff,                       **NOTICE**

v.

THE PEP BOYS,

        Defendant.
                              /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, September 21, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: July 5, 2007                                                     RICHARD W. WIEKING, Clerk

                                                                         Tracy Sutton
                                                                         Deputy Clerk