MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY, State Bar No. 168181
M. MICHAEL COLE, State Bar No. 235538
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail:   emeckley@morganlewis.com
          mcole@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, State Bar No. 119513
DONNA MO, State Bar No. 240621
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail:   jbattenfeld@morganlewis.com
          dmo@morganlewis.com

Attorneys for Defendants
The Pep Boys Manny Moe & Jack of California; and
The Pep Boys – Manny, Moe & Jack

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Art Navarro, individually, and on behalf of all others similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act of 2004,<br><br>Plaintiff,<br><br>vs.<br><br>The Pep Boys Manny Moe & Jack of California, a California Corporation, The Pep Boys - Manny, Moe & Jack, a Pennsylvania Corporation, and DOES 1-25 inclusive,,<br><br>Defendants. | Case No. C 07-2633 SI<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**[Fed. R. Civ. Proc. 12(b)(6)]**<br><br>Judge:  Hon. Susan Illston<br>Date:   September 21, 2007<br>Time:   9:00 a.m.<br>Room:   10 |

1-SF/7571747.1

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1  TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
2  CALIFORNIA, AND TO PLAINTIFF ART NAVARRO:

3       PLEASE TAKE NOTICE THAT on September 21, 2007, at 9:00 a.m., or as soon
4  thereafter as counsel may be heard in Courtroom 10 of the above-entitled Court, located at 450
5  Golden Gate Ave., San Francisco, CA 94102, pursuant to Federal Rule of Civil Procedure
6  12(b)(6), Defendants The Pep Boys Manny Moe & Jack of California and The Pep Boys –
7  Manny, Moe & Jack ("Defendants") will and hereby do move the Court to dismiss Plaintiff's
8  Twelfth Claim for conversion, on the grounds that Plaintiff cannot state a claim for conversion
9  based on an alleged failure to pay wages.

10       This motion is based upon this Notice, the accompanying Memorandum of Points and
11 Authorities, the pleadings and records on file herein, and on such other and further argument and
12 evidence as may be presented at the time of the hearing and all matters of which this Court may
13 take judicial notice.

15 Dated: July 13, 2007                    MORGAN, LEWIS & BOCKIUS LLP

17                                         By _____
18                                            Eric Meckley
                                              Attorneys for Defendants
19                                            The Pep Boys Manny Moe & Jack of
                                              California; and The Pep Boys – Manny,
20                                            Moe & Jack

1-SF/7571747.1                    1

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS