1  MORGAN, LEWIS & BOCKIUS LLP
   ERIC MECKLEY, State Bar No. 168181
2  M. MICHAEL COLE, State Bar No. 235538
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail:  emeckley@morganlewis.com
5           mcole@morganlewis.com

6  MORGAN, LEWIS & BOCKIUS LLP
   JOHN S. BATTENFELD, State Bar No. 119513
7  DONNA MO, State Bar No. 240621
   300 South Grand Avenue
8  Twenty-Second Floor
   Los Angeles, CA 90071-3132
9  Tel: 213.612.2500
   Fax: 213.612.2501
10 E-mail:  jbattenfeld@morganlewis.com
            dmo@morganlewis.com
11
   Attorneys for Defendants
12 The Pep Boys Manny Moe & Jack of California; and The
   Pep Boys – Manny, Moe & Jack
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| Art Navarro, individually, and on behalf of all others similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act of 2004,<br><br>Plaintiff,<br><br>vs.<br><br>The Pep Boys Manny Moe & Jack of California, a California Corporation, The Pep Boys - Manny, Moe & Jack, a Pennsylvania Corporation, and DOES 1-25 inclusive,,<br><br>Defendants. | Case No. C 07-2633 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(6)** |
|---|---|

        WHEREFORE, on September 21, 2007, the Motion to Dismiss pursuant to Federal Rule
of Civil Procedure 12(b)(6) filed by Defendants The Pep Boys Manny Moe & Jack of California
and The Pep Boys – Manny, Moe & Jack ("Defendants") which sought to dismiss the Twelfth

1  Claim for Relief (Conversion) in Plaintiff's First Amended Complaint ("Complaint") came on for
2  regularly scheduled hearing in Courtroom 10, the Honorable Susan Illston presiding.
3  _____ appeared for Defendants and _____ appeared for Plaintiff.
4  Upon consideration of the pleadings, papers, and arguments of counsel, and with good cause
5  shown, it is hereby **ORDERED AND ADJUDGED THAT**:
6      Defendants' Motion is **GRANTED**, and Plaintiff's Twelfth Claim for Relief for
7  conversion is dismissed, with prejudice, and without leave to amend.
8      **IT IS SO ORDERED.**

10  Dated:                                                 By: _____
11                                                        United States District Court Judge