| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | ERIC MECKLEY, State Bar No. 168181) |
| 2 | M. MICHAEL COLE, State Bar No. 235538) |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| | E-mail: emeckley@morganlewis.com |
| 5 |         mcole@morganlewis.com |

1  MORGAN, LEWIS & BOCKIUS LLP
   ERIC MECKLEY, State Bar No. 168181)
2  M. MICHAEL COLE, State Bar No. 235538)
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001
   E-mail:  emeckley@morganlewis.com
5           mcole@morganlewis.com

6  MORGAN, LEWIS & BOCKIUS LLP
   JOHN S. BATTENFELD, State Bar No. 119513
7  DONNA MO, State Bar No. 240621
   300 South Grand Avenue
8  Twenty-Second Floor
   Los Angeles, CA  90071-3132
9  Tel:  213.612.2500
   Fax:  213.612.2501
10 E-mail:   jbattenfeld@morganlewis.com
             dmo@morganlewis.com
11
   Attorneys for Defendants
12 The Pep Boys Manny Moe & Jack of California; and
   The Pep Boys – Manny, Moe & Jack
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Art Navarro, individually, and on behalf of all others similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act of 2004,<br><br>        Plaintiff,<br><br>    vs.<br><br>The Pep Boys Manny Moe & Jack of California, a California Corporation, The Pep Boys - Manny, Moe & Jack, a Pennsylvania Corporation, and DOES 1-25 inclusive,<br><br>        Defendants. | Case No. 07-2633 SI<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY OR TRANSFER THIS ACTION, OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S FIRST, SECOND, THIRD, FOURTH, FIFTH, SEVENTH, NINTH, ELEVENTH, TWELFTH AND THIRTEENTH CLAIMS FOR RELIEF**<br><br>Judge:   Hon. Susan Illston<br>Date:    September 21, 2007<br>Time:   9:00 a.m.<br>Room:   10 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that on September 21, 2007, at 9:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 10 of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102-3483, before

the Honorable Susan Illston, Defendants The Pep Boys Manny Moe & Jack of California and The Pep Boys – Manny, Moe & Jack ("Defendants") will and hereby do move for an order staying this action or transferring this action to the United States District Court for the Central District or California or, in the alternative, dismissing (1) the first claim for relief for failure to provide rest periods, (2) the second claim for relief for failure to provide meal periods, (3) the third claim for relief for waiting time penalties; (4) the fourth claim for relief for failure to pay wages; (5) the fifth claim for relief for failure to pay minimum wages; (6) the seventh claim for relief for failure to pay overtime wages; (7) the ninth claim for relief for alleged failure to provide accurate itemized wage statements, (8) the eleventh claim for relief for uniform violations, (9) the twelfth claim for relief for conversion of wages, and (10) the thirteenth claim for relief for Unlawful Business Practices to the extent premised on California law, pursuant to the "first-to-file" rule set forth in *Alltrade, Inc. v. Uniweld Products, Inc.*, 946 F.2d 622, 625, 628-629 (9th Cir. 1991).

This motion is brought on the ground that first-filed actions now pending before the United States District Court for the Central District of California entitled *Aros v. The Pep Boys Manny Moe and Jack of California*, Case No. 07-cv-02033 ("*Aros*" action) and *McEwen v. The Pep Boys Manny, Moe & Jack of California; The Pep Boys Manny, Moe & Jack* ("*McEwen*" action), Case No. 07-cv-01755, include claims identical or substantially similar to those asserted by Plaintiff Art Navarro in the First Amended Complaint and concerns similar parties and requests for relief.

///
///
///
///
///
///
///
///

1   This motion is based on this notice, the accompanying memorandum of points and
2   authorities in support of the motion, the accompanying Declaration of M. Michael Cole and all
3   exhibits attached thereto, the accompanying proposed order, the Court's file in this case, and on
4   all other matters which may be judicially noticed or adduced at the hearing of this matter.

Dated: July 13, 2007                                MORGAN, LEWIS & BOCKIUS LLP


By   /s/
   M. Michael Cole
   Attorneys for Defendants
   The Pep Boys Manny Moe & Jack of
   California; The Pep Boys – Manny, Moe
   & Jack