MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY, State Bar No. 168181
M. MICHAEL COLE, State Bar No. 235538
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail:  emeckley@morganlewis.com
         mcole@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, State Bar No. 119513
DONNA MO, State Bar No. 240621
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail:  jbattenfeld@morganlewis.com
         dmo@morganlewis.com

Attorneys for Defendants
The Pep Boys Manny Moe & Jack of California; and
The Pep Boys – Manny, Moe & Jack

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Art Navarro, individually, and on behalf of all others similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act of 2004,<br><br>Plaintiff,<br><br>vs.<br><br>The Pep Boys Manny Moe & Jack of California, a California Corporation, The Pep Boys - Manny, Moe & Jack, a Pennsylvania Corporation, and DOES 1-25 inclusive,<br><br>Defendants. | Case No. 07-2633 SI<br><br>**APPENDIX OF OTHER AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO STAY OR TRANSFER THIS ACTION, OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S FIRST, SECOND, THIRD, FIFTH, SEVENTH, NINTH, ELEVENTH, AND TWELFTH AND THIRTEENTH CLAIMS FOR RELIEF**<br><br>Judge:  Hon. Susan Illston<br>Date:   September 21, 2007<br>Time:   9:00 a.m.<br>Room:   10 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7574416.1

APPENDIX OTHER AUTHORITIES ISO
MOTION TO STAY OR TRANSFER

| CASE | EXHIBIT NO. |
|---|---|
| *BP Chemicals Limited v. Yankuang Group Boyang Foreign Economic & Trad. Co.*, 2004 U.S. Dist. LEXIS 28822 (C.D. Cal. 2004) | 1 |
| *Carey v. Hillsborough County Dept. of Corrections*, 2006 WL 758311 (D.N.H. 2006) | 2 |
| *Centocor, Inc. v. MedImmune, Inc.*, 2002 WL 31465299 (N.D. Cal. 2002) | 3 |
| *Dist. Council 37 Health & Sec. Plan v. McKesson*, 2006 U.S. Dist. LEXIS 30584 (N.D. Cal. 2006) | 4 |
| *Hahn v. Tarnow*, 2006 WL 2160934 (E.D. Mich. July 31, 2006) | 5 |
| *National Union Fire Ins. Co. of Pittsburgh, PA. v. Liberty Mutual Fire Ins. Co.*, 2005 U.S. Dist. LEXIS 19778 (S.D.N.Y. 2005) | 6 |
| *Peak v. Green Tree Fin. Serv. Corp.*, 2000 WL 973685 (N.D. Cal. 2000) | 7 |
| *Walker v. Progressive Casualty Insurance Company*, 2003 U.S. Dist. LEXIS 7871 (W.D. Wash. 2003) | 8 |
| *Weinstein v. MetLife Inc.*, 2006 WL 3201045 (N.D. Cal. 2006) | 9 |
| *WeWee v. United States*, 2002 U.S. Dist. LEXIS 2959 (Dist. Az. 2002) | 10 |
| *Wherry v. All California Funding*, No. 2006 U.S. Dist. LEXIS 53431 (N.D. Cal. July 20, 2006) | 11 |

Dated: July 13, 2007

MORGAN, LEWIS & BOCKIUS LLP

By _/s/ Eric Meckley_
Eric Meckley
Attorneys for Defendants
The Pep Boys Manny Moe & Jack of California; The Pep Boys – Manny, Moe & Jack