```
 1  MORGAN, LEWIS & BOCKIUS LLP
    ERIC MECKLEY, State Bar No. 168181
 2  M. MICHAEL COLE, State Bar No. 235538
    One Market, Spear Street Tower
 3  San Francisco, CA 94105-1126
    Tel: 415.442.1000
 4  Fax: 415.442.1001
    E-mail:  emeckley@morganlewis.com
 5           mcole@morganlewis.com

 6  MORGAN, LEWIS & BOCKIUS LLP
    JOHN S. BATTENFELD, State Bar No. 119513
 7  DONNA MO, State Bar No. 240621
    300 South Grand Avenue
 8  Twenty-Second Floor
    Los Angeles, CA 90071-3132
 9  Tel: 213.612.2500
    Fax: 213.612.2501
10  E-mail:  jbattenfeld@morganlewis.com
             dmo@morganlewis.com
11
    Attorneys for Defendants
12  The Pep Boys Manny Moe & Jack of California
    The Pep Boys – Manny, Moe & Jack
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Art Navarro, individually, and on behalf of all others similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act of 2004,<br><br>    Plaintiff,<br><br>    vs.<br><br>The Pep Boys Manny Moe & Jack of California, a California Corporation, The Pep Boys - Manny, Moe & Jack, a Pennsylvania Corporation, and DOES 1-25 inclusive,<br><br>    Defendants. | Case No. 07-2633 SI<br><br>**DECLARATION OF M. MICHAEL COLE IN SUPPORT OF DEFENDANTS' MOTION TO STAY OR TRANSFER THIS ACTION, OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S FIRST, SECOND, THIRD, FOURTH, FIFTH, SEVENTH, NINTH, ELEVENTH, TWELFTH AND THIRTEENTH CLAIMS FOR RELIEF**<br><br>Judge:  Hon. Susan Illston<br>Date:   September 21, 2007<br>Time:   9:00 a.m.<br>Room:   10 |

I, M. Michael Cole, declare as follows:

    1.    I am an attorney licensed to practice law before all courts in the State of California and I am admitted to practice in this Court. I am an associate with Morgan, Lewis & Bockius

1  LLP, attorneys for Defendants The Pep Boys Manny Moe & Jack of California and The Pep Bpys
2  – Manny, Moe & Jack ("Defendants") in this action brought by Plaintiff Art Navarro
3  ("Navarro"). I have personal knowledge of the following facts and could and would testify
4  competently if called to do so.

5  2.  Attached hereto as Exhibit "A" is a true and correct copy of the Complaint filed on
6  or about January 30, 2007, in the matter of *McEwen v. The Pep Boys Manny, Moe & Jack of
7  California, et. al.*, Case No. BC365524 in the Superior Court for the State of California, County
8  of Los Angeles (hereinafter referred to as the "*McEwen* Action").

9  3.  Defendants removed the *McEwen* Action to the United States District Court for the
10 Central District of California on or about April 13, 2007. That case is presently assigned to the
11 Honorable Valerie Baker Fairbank. Morgan, Lewis & Bockius LLP are also attorneys for
12 Defendants in the *McEwen* action. During the parties' early meet and confer in that case,
13 Plaintiff's counsel explained the legal and factual bases for his claims. With respect to his
14 Second Cause of Action for alleged late payment of wages under California Labor Code sections
15 201, 202, and 203, Plaintiff's counsel explained that this claim was derivative of and based upon
16 Plaintiff's claims for alleged unpaid overtime as well as alleged payments for missed meal breaks
17 or rest periods.

18 4.  Attached hereto as Exhibit "B" is a true and correct copy of the Complaint filed on
19 or about January 8, 2007, in the matter of *Aros, et. al. v. The Pep Boys Manny Moe and Jack of
20 California*, Case No. BC362326 in the Superior Court for the State of California, County of Los
21 Angeles (hereinafter referred to as the "*Aros* Action").

22 5.  Defendant The Pep Boys Manny Moe and Jack of California removed the *Aros*
23 Action to the United States District Court for the Central District of California on or about March
24 28, 2007. That case was initially assigned to the Honorable George P. Schiavelli. On or about
25 April 11, 2007, the *Aros* Action was deemed related to the *McEwen* Action and reassigned to the
26 Honorable Valerie Baker Fairbank.

27 6.  On or about May 17, 2007, Plaintiff commenced this action in this United States
28 District Court for the Northern District of California. On June 12, 2007, the Court signed the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1-SF/7574009.1                                   2                    DECL. OF M. MICHAEL COLE ISO
                                                                      MOTION TO STAY OR TRANSFER
                                                                      (07-2633 SI)

parties' stipulation, extending the time for Defendants to answer or otherwise respond to Plaintiff's Complaint to July 13, 2007. On or about June 26, 2007, Plaintiff filed a First Amended Complaint, a true and correct copy of which is attached hereto as Exhibit "C."

7. For the Court's convenience, attached hereto as Exhibit "D" is a true and correct copy of a chart I prepared which compares the claims alleged in the instant matter with the claims alleged in the *McEwen* and *Aros* actions and demonstrates the identical and overlapping nature of the majority of such claims.

I declare the foregoing is true and correct under penalty of perjury of the laws of the United States and the State of California.

Executed this 13th day of July, 2007, in San Francisco, California.

By _____
M. Michael Cole

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1-SF/7574009.1

3

DECL. OF M. MICHAEL COLE ISO
MOTION TO STAY OR TRANSFER
(07-2633 SI)