# EXHIBIT D

## COMPARISON CHART OF COMPLAINTS IN *NAVARRO*, *McEWEN* and *AROS*

| Navarro v. The Pep Boys Manny Moe & Jack of California, et al., Case No. 07-cv-02633 (Northern District)<br><br>Filed: May 17, 2007 | McEwen v. The Pep Boys Manny, Moe & Jack of California, et al., Case No. 07-cv-01755 (Central District)<br><br>Filed: January 30, 2007<br>Removed: April 13, 2007 | Aros, et. al. v. The Pep Bpys Manny Moe and Jack of California, Case No. 07-cv-02033 (Central District)<br><br>Filed: January 8, 2007<br>Removed: March 28, 2007 |
|---|---|---|
| Putative Class: current and former employees | Putative Class: current and former non-exempt or hourly employees in California | Putative Class: current and former non-exempt employees in California |
| First Claim for Relief: Failure to Provide Rest Periods (Labor Code §§ 226.7, 516) | Fifth Cause of Action: Violation of California Labor Code § 226.7 (Missed Rest Periods) | First Cause of Action: Failure to Provide Rest Periods and Required Compensation (Labor Code § 226.7) |
| Second Claim for Relief: Failure to Provide Meal Periods (Labor Code § 226.7, 512, 516) | Sixth Cause of Action: Violation of California Labor Code §§ 226.7 and 512 (Missed Meal Periods) | Second Cause of Action: Failure to Provide Meal Periods and Required Compensation (Labor Code §§ 226.7, 512) |
| Third Claim for Relief: Failure to Timely Pay Wages Upon Termination (Late Pay) (Labor Code §§ 201, 202, 203) | Second Cause of Action: Violation of California Labor Code §§ 201 and 202 (Wages Not Paid Upon Termination) | |
| Fourth Claim for Relief: Failure to Pay Wages (Off the Clock Work) (Labor Code §§ 201, 202, 218) | | Third Cause of Action: Failure to Pay Minimum Wage – Off the Clock Work (Labor Code §§ 1194, 1197, 1197.1) |
| Fifth Claim for Relief: Failure to Pay Minimum Wages (Labor Code §§ 201, 202, 512, 1194, 1994.2, 1197) | | Third Cause of Action: Failure to Pay Minimum Wage – Off the Clock Work (Labor Code §§ 1194, 1197, 1197.1) |
| Seventh Claim for Relief: Failure to Pay Overtime Wages (Labor Code §§ 201, 202, 203, 500, 510, 512, 1194) | First Cause of Action: Violation of California Labor Code §§ 510 and 1198 (Unpaid Overtime) | Fourth Cause of Action: Failure to Pay Overtime Wages (Labor Code §§ 510, 1194) |
| Ninth Claim for Relief: Failure to Provide Accurate Itemized Wage Statements (Labor Code § 226) | Fourth Cause of Action: Violation of California Labor Code § 226(a) (Itemized Wage Statements) | Eighth Cause of Action: Failure to Provide an Accurate Itemized Statement of All Work Performed (Labor Code §§ 226, 226.3) |
| Eleventh Claim for Relief: Uniform Violations (Labor Code §§ 450, 2802) | Eighth Cause of Action: Violation of California Labor Code § 2802 (Indemnification for Employee Expenditures – Relating to Uniforms) | |
| Thirteenth Claim for Relief: Unlawful Business Practices (Business and Professions Code § 17200 et seq.) | Ninth Cause of Action: Violation of California Business & Professions Code § 17200, et. seq. (Unlawful Business Practices) | Eleventh Cause of Action: Unlawful Business Practices (Business and Professions Code § 17200) |

1-SF/7574066.1