MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY, State Bar No. 168181
M. MICHAEL COLE, State Bar No. 235538
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail:  emeckley@morganlewis.com
         mcole@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, State Bar No. 119513
DONNA MO, State Bar No. 240621
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail:  jbattenfeld@morganlewis.com
         dmo@morganlewis.com

Attorneys for Defendants
The Pep Boys Manny Moe & Jack of California; and The
Pep Boys – Manny, Moe & Jack

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Art Navarro, individually, and on behalf of all others similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act of 2004,<br><br>Plaintiff,<br><br>vs.<br><br>The Pep Boys Manny Moe & Jack of California, a California Corporation, The Pep Boys - Manny, Moe & Jack, a Pennsylvania Corporation, and DOES 1-25 inclusive,<br><br>Defendants. | Case No. 07-2633 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY OR TRANSFER THIS ACTION, OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S FIRST, SECOND, THIRD, FOURTH, FIFTH, SEVENTH, NINTH, ELEVENTH, TWELFTH AND THIRTEENTH CLAIMS FOR RELIEF** |

WHEREFORE, on September 21, 2007, Defendants The Pep Boys Manny Moe & Jack of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1-SF/7573442.1                    1           [PROPOSED] ORDER GRANTING MOTION
                                              TO STAY OR TRANSFER (07-2633 SI)

California and The Pep Boys – Manny, Moe & Jack's Motion to Stay or Transfer This Action, or, In the Alternative to Dismiss the First, Second, Third, Fourth, Fifth, Seventh, Ninth, Eleventh, Twelfth, and Thirteenth Claims for Relief Pursuant to the First-to-File Rule came on for regularly scheduled hearing in Courtroom 10, of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Judge Illston presiding. _____ appeared for Defendants and _____ appeared for the Plaintiff.

Upon consideration of the pleadings, the papers, the arguments of counsel, and with good cause shown, the Motion is hereby **GRANTED** in full. The Court orders that pursuant to the Ninth Circuit's "first-to-file" rule set forth in *Alltrade, Inc. v. Uniweld Products, Inc.*, 946 F.2d 622, 623 (9th Cir. 1991):

The present case is stayed pending the resolution of the earlier filed cases pending in the United States District Court for the Central District of California *Aros v. The Pep Boys Manny Moe and Jack of California*, Case No. 07-cv-02033 and *McEwen v. The Pep Boys Manny, Moe & Jack of California; The Pep Boys Manny, Moe & Jack*, Case No. 07-cv-01755.

[Or, in the alternative]

The present case is transferred to the United States District Court, for the Central District of California.

[Or, in the alternative]

Plaintiff's First, Second, Third, Fourth, Fifth, Seventh, Ninth, Eleventh, Twelfth, and Thirteenth Claims for Relief in the First Amended Complaint are hereby dismissed.

**IT IS SO ORDERED**

_____
THE HONORABLE SUSAN ILLSTON