**BAILEY PINNEY, PC**
1498 SE Tech Center Place
Vancouver , Washington 98683
Telephone: (360) 567-2551
Fax: (360) 567-3331
**JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**SHELBY L. CLARK**, Cal.Bar No. 203606, OSB No. 06049
E-Mail: Sclark@wagelawyer.com

**SUSAN SIMMONS SEEMILLER** Cal Bar No. 150546
Attorney at Law Of Counsel
770 County Square Drive, Suite 100
Ventura, CA 93003
Telephone: (805) 658-0977
Fax:   (805) 658-2801
E-Mail:  Susan@cal.com

**BONNIE MAC FARLANE,** Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA  95825
Telephone:  (800) 230-5528
Fax:  (800) 230-5866
E-Mail:  BmacFarlane@wagelawyer.com

Attorneys for Plaintiff Navarro

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Art Navarro, ) | Case No. C 07 2633 EMC |
| ) | |
| Plaintiff, ) | **NOTICE OF APPEARANCE** |
| ) | |
| vs. ) | |
| ) | |
| The Pep Boys Manny Moe & Jack of ) | |
| California, The Pep Boys -- Manny, Moe & ) | |
| Jack, ) | |
| ) | |
| Defendants. ) | |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs hereby notify Defendant and the Court that

Notice of Appearance  - Case No. C 07 2633 EMC
1

1  Susan Simmons Seemiller of the law firm of Bailey Pinney, PC is added as an attorney of record in the
2  above entitled case.  Plaintiffs request that Susan Simmons Seemiller be added to the docket and e-
3  mail notifications.

4  Dated:   August 1, 2007          Bailey Pinney, PC

5

6  By ___/s/_____
   Susan Simmons Seemiller
7  Attorneys for Plaintiff