# BAILEY PINNEY P.C.
### Attorneys at Law
**1498 SE TECH CENTER PLACE, SUITE 290**
**VANCOUVER, WA 98683**

BONNIE MAC FARLANE
 TELEPHONE (360) 567-2551
 FACSIMILE (360) 567-3331
 E-MAIL: Bmacfarlane@wagelawyer.com

\* California License 161526

August 27, 2007

The Honorable Judge Susan Illston
U.S. District Court Judge
Courtroom 10, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

Re: *Art Navarro v. The Pep Boys Manny Moe & Jack of California and The Pep Boys - Manny, Moe & Jack*, Case No. C 07-2633 SI

Dear Judge Illston :

    The Defendants have filed three motions that are pending before the Court. The parties have filed a stipulation and proposed order setting forth the parties agreement to the transfer of Plaintiff's case to the Central District as well as to a stay of the filing of all briefs and pleadings that are due. The transfer of the case to the Central District effectively deals with a portion of one of the pending motions. In the interest of economy, the Plaintiff does not wish to respond to Defendant's motions until the Court rules on the parties stipulation and proposed order.

    Our office contacted your clerk today to find out if an administrative motion needed to be filed with the General Duty Judge. I spoke with your deputy, Tracy Sutton, who encouraged me to wait to file any pleadings until your return next week and your decision on the parties pending stipulation and proposed order.

    The Plaintiff will wail until your ruling on the parties stipulation and proposed order before filing any pleadings and/or oppositions in this case.

                                                 Sincerely yours,

                                                 /s/
                                              Bonnie Mac Farlane
                                              Attorney for Plaintiff