**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551  Fax: (360) 567-3331
**A.E. BUD BAILEY**, *Pro Hac Vice,*
OSB No. 87157, WSB No. 33917
E-Mail: Bbailey@wagelawyer.com
**J. DANA PINNEY**, *Pro Hac Vice,*
OSB No. 75308, WSB No. 33919
E-Mail: JDPinney@wagelawyer.com
**JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**SHELBY L. CLARK**, Cal. Bar No. 203606, OSB No. 06049
E-Mail: Sclark@wagelawyer.com

**BONNIE MAC FARLANE**, Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA  95825
Telephone:  (800) 230-5528
Fax:  (800) 230-5866
E-Mail:  BmacFarlane@wagelawyer.com

Attorneys for Plaintiff Art Navarro

MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY, State Bar No. 168181
M. MICHAEL COLE, State Bar No. 235538
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail:    emeckley@morganlewis.com
           mcole@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, State Bar No. 119513
DONNA MO, State Bar No. 240621
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail:    jbattenfeld@morganlewis.com
           dmo@morganlewis.com

Attorneys for Defendants
The Pep Boys Manny Moe & Jack of California; and The
Pep Boys – Manny, Moe & Jack

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1-SF/7589294.1              1        STIUPLATION AND [PROPOSED] ORDER
                                     TO TRANSFER ACTION (07-2633 SI)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Art Navarro, individually, and on behalf of all others similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act of 2004,<br><br>Plaintiff,<br><br>vs.<br><br>The Pep Boys Manny Moe & Jack of California, a California Corporation, The Pep Boys - Manny, Moe & Jack, a Pennsylvania Corporation, and DOES 1-25 inclusive,<br><br>Defendants. | Case No. 07-2633 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>[Civil Local Rule 7-12] |

WHEREFORE, Plaintiff Art Navarro ("Plaintiff") and Defendants The Pep Boys Manny Moe & Jack of California and The Pep Boys – Manny, Moe & Jack ("Defendants"), through their respective counsel of record, stipulate and agree as follows:

1. There are two earlier filed cases against Defendants that are currently pending in the United States District Court for the Central District of California entitled *Aros v. The Pep Boys Manny Moe and Jack of California*, Case No. 07-cv-02033 (hereinafter "*Aros*") and *McEwen v. The Pep Boys Manny, Moe & Jack of California; The Pep Boys Manny, Moe & Jack*, Case No. 07-cv-01755 (hereinafter "*McEwen*").

2. Defendants have filed three motions in this case that are pending before this Court. These include: (a) a Motion to Stay or Transfer This Action or, In the Alternative, to Dismiss the First, Second, Third, Fourth, Fifth, Seventh, Ninth, Eleventh, Twelfth, and Thirteenth Claims for Relief, (b) a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and (c) a Motion to Strike pursuant to Fed. R. Civ. P. 12(f). All three motions are presently scheduled for hearing on September 21, 2007.

3. In order to promote judicial efficiency, Plaintiff and Defendants stipulate that this action should be transferred to the United States District Court for the Central District of

1  California.

2  4.    Both the *Aros* and *McEwen* cases are assigned to the Honorable Valerie Baker Fairbank, United Stated District Judge for the Central District. The present action is a "related case" to the *Aros* and *McEwen* cases and, upon the transfer of this case to the Central District, the Defendants will promptly file a Notice of Related Case pursuant to Central District Local Rule 83-1.3.1, so that this action may be assigned to Judge Fairbank. Plaintiff does not intend to assert, under Central District Local Rule 83-1.3.2, that this action does not qualify for a related case transfer to Judge Fairbank.

5.    The parties agree that the briefing schedule on Defendants' pending motions be determined based upon the new hearing date(s) scheduled in the Central District. The parties also agree that the pending motions should be scheduled for hearing on Judge Fairbank's calendar not less than thirty (30) days from the date on which the case is transferred to Judge Fairbank and that the corresponding deadlines for any opposition or reply briefs be calculated based upon the new hearing date(s).

Dated: August 21, 2007

_____
Bonnie Mac Farlane
Attorney for Art Navarro

Dated: August 21, 2007

_____
Eric Meckley
Attorney for The Pep Boys Manny
Moe & Jack of California and The
Pep Boys - Manny, Moe & Jack

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS ORDERED AS FOLLOWS:**

1.    This action is transferred to the United States District Court for the Central District of California.

2. The briefing schedule on Defendants' pending motions (and the corresponding deadlines for filing opposition and reply briefs) will be determined based upon the new hearing date(s) scheduled in the United States District Court for the Central District.

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1-SF/7589294.1                    4          STIPULATION AND [PROPOSED] ORDER
                                              TRANSFERRING ACTION (07-2633 SI)