**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————
www.cand.uscourts.gov

Richard W. Wieking                                                              General Court Number
Clerk                                                                                            415.522.2000

September 11, 2007

United States District Court
Central District of California
312 N. Spring Street
Los Angeles, CA 90012


RE: CV 07-02633 SI   ART NAVARRO-v-THE PEP BOYS

Dear Clerk,

          Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

          **X**          Certified copy of docket entries.

          **X**          Certified copy of Transferral Order.

          **X**          Original case file documents.

          **X**          Please access the electronic case file for additional pleadings you may need.  See
                            the attached instructions for details.


          Please acknowledge receipt of the above documents on the attached copy of this letter.



                              Sincerely,
                              RICHARD W. WIEKING, Clerk


                              by:  RUFINO C. SANTOS
                                   Deputy Clerk


Enclosures
Copies to counsel of record